aEE

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

RECEIVED

2018 APR -9 PM 4: 50

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

RECEIVED

Jacqueline Coppage )
)
_____, )
)
Plaintiff(s), )
)
vs. )
OFFICE OF the Sheriff of Cook county )
James B Nutter (comp) )
Charter ONE BANK )
State Farm Insurance )
Fannie Mae (cook county) )
Recorder Deeds )
Defendant(s). )
US Lending and
Finance Corp Ltd) AA Alliance corp

APR - 9 2018

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

Case No.

1:18-cv-02530
Judge Matthew F. Kennelly
Magistrate: Judge Jeffrey Cole

**COMPLAINT FOR VIOLATION OF CONSTITUTIONAL RIGHTS**

*This form complaint is designed to help you, as a* pro se *plaintiff, state your case in a clear manner. Please read the directions and the numbered paragraphs carefully. Some paragraphs may not apply to you. You may cross out paragraphs that do not apply to you. All references to "plaintiff" and "defendant" are stated in the singular but will apply to more than one plaintiff or defendant if that is the nature of the case.*

1. This is a claim for violation of plaintiff's civil rights as protected by the Constitution and laws of the United States under 42 U.S.C. §§ 1983, 1985, and 1986.

2. The court has jurisdiction under 28 U.S.C. §§ 1343 and 1367.

3. Plaintiff's full name is Jacqueline Coppage & Aires of INEZ Smith Washington

*If there are additional plaintiffs, fill in the above information as to the first-named plaintiff and complete the information for each additional plaintiff on an extra sheet.*

1

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

RECEIVED

4.     Defendant, James B Mutter, Charter One BK, is
Fannie Mae state farm. IN surance
Cook county Recorder of Deeds ; US Lending
and Finance Ltd A A Alliance corp
□ an officer or official employed by _____ (department or agency of government)
(name, badge number if known)

_____ or

☑ an individual not employed by a governmental entity.

*If there are additional defendants, fill in the above information as to the first-named defendant and complete the information for each additional defendant on an extra sheet.*

5.     The municipality, township or county under whose authority defendant officer or official

acted is_____. As to plaintiff's federal

constitutional claims, the municipality, township or county is a defendant only if

custom or policy allegations are made at paragraph 7 below.

6.     On or about Jon 2015 _____, at approximately 12:00 _____ □ a.m. □ p.m.
(month, day, year)

plaintiff was present in the municipality (or unincorporated area) of _____

_____, in the County of _____,

State of Illinois, at _____,
(identify location as precisely as possible)

when defendant violated plaintiff's civil rights as follows *(Place X in each box that applies)*:

□     arrested or seized plaintiff without probable cause to believe that plaintiff had committed, was committing or was about to commit a crime;

☑     searched plaintiff or his property without a warrant and without reasonable cause;

☑     used excessive force upon plaintiff; Full probate court

☑     failed to intervene to protect plaintiff from violation of plaintiff's civil rights by one or more other defendants;

☑     failed to provide plaintiff with needed medical care;

☑     conspired together to violate one or more of plaintiff's civil rights;

□     Other:
CEASE and Desist OF ANY and
All Foreclosure Actions until
Fraud is investigated, AND the
Cease and Desist OF EVICTION
ANY AND all

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

RECEIVED

2018 APR -9 PM 4:50

CLERK
U.S. DISTRICT COURT

7. Defendant officer or official acted pursuant to a custom or policy of defendant

municipality, county or township, which custom or policy is the following: (*Leave blank*

*if no custom or policy is alleged*):_____

_____

_____

_____

8. Plaintiff was charged with one or more crimes, specifically:

HARASSED INTO A STROKES DUE to FRAUd AND FALSIFIED DOCS AND INFO Illeagal ENtry OF PROPerty Photos

_____

9. (*Place an X in the box that applies. If none applies, you may describe the criminal*
*proceedings under "Other"*) The criminal proceedings

☑ are still pending.

☐ were terminated in favor of plaintiff in a manner indicating plaintiff was innocent.[1]

☐ Plaintiff was found guilty of one or more charges because defendant deprived me of a

fair trial as follows REGUARDING LOAN DOC AND PREPS Illegal selling OF PROperty

☐ Other: CURSING IN public " Fuck. PRObate" this was told to ME by Nuttes AFFiliates

[1]Examples of termination in favor of the plaintiff in a manner indicating plaintiff was innocent
may include a judgment of not guilty, reversal of a conviction on direct appeal, expungement of the
conviction, a voluntary dismissal (SOL) by the prosecutor, or a *nolle prosequi* order.

3

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

RECEIVED
2018 APR -9 PM 4:50
CLERK
U.S. DISTRICT COURT

10.  Plaintiff further alleges as follows: (*Describe what happened that you believe supports your claims. To the extent possible, be specific as to your own actions and the actions of each defendant.*)

Falsified Document told "Fuck" Probate which is the Law when one or More of owners of Property Died Stole Quick Claim deed Attachment with stamp and Seal Harrassed by. Violation of Due Process Still in probat court

11.  Defendant acted knowingly, intentionally, willfully and maliciously.

12.  As a result of defendant's conduct, plaintiff was injured as follows:

2 strokes Advanced Seizure High Blood Presure, Sick Due to Stress Due to Vulgar Phone calls Requading False Documents While Still grieving MOMs Loss Denied Quick

13.  Plaintiff asks that the case be tried by a jury. ☑Yes ☐No

Claim, By nutter Fake Loan Doc And Sale Dates

4

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

**RECEIVED**

**2018 APR -9 PM 4: 50**

**CLERK**
**U.S. DISTRICT COURT**

14.    Plaintiff also claims violation of rights that may be protected by the laws of Illinois, such as false arrest, assault, battery, false imprisonment, malicious prosecution, conspiracy, and/or any other claim that may be supported by the allegations of this complaint.

         **WHEREFORE,** plaintiff asks for the following relief:

A.    Damages to compensate for all bodily harm, emotional harm, pain and suffering, loss of income, loss of enjoyment of life, property damage and any other injuries inflicted by defendant;

B.    ☒ *(Place X in box if you are seeking punitive damages.)* Punitive damages against the individual defendant; and

C.    Such injunctive, declaratory, or other relief as may be appropriate, including attorney's fees and reasonable expenses as authorized by 42 U.S.C. § 1988.

Plaintiff's signature: *Jacqueline Coppage*

Plaintiff's name *(print clearly or type)*: Jacqueline Coppage

Plaintiff's mailing address: 10436 S. Sangamon

City Chicago      State ILL      ZIP 60643

Plaintiff's telephone number: (773) 779-8849 .

Plaintiff's email address *(if you prefer to be contacted by email)*:_____

15.    Plaintiff has previously filed a case in this district.  ☐ Yes ☐ No

*If yes, please list the cases below.*

*Any additional plaintiffs must sign the complaint and provide the same information as the first plaintiff. An additional signature page may be added.*

5

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]